UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SCOTT M. GILLIATT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:14-cv-01494-TAB-JMS |
| CAROLYN COLVIN Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

The Court, having found in favor of Defendant Carolyn Colvin and against Plaintiff Scott M. Gilliatt, enters judgment in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by way of his complaint. Accordingly, the decision of the Commissioner is affirmed.

Date: 9/10/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Thomas B. Browder
KELLER & KELLER
tomb@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov